IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CORY F. LAURITZEN,

    Plaintiff,

v.                                                                     CASE NO. 1:13-cv-00213-MP-MD

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 23, 2015. (Doc. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at doc. 19. Defendant has filed a response at doc. 20. I have made a de novo review based on those filings.

Having considered the Report and Recommendation, and the timely filed objections and response thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation (doc. 18) is adopted and incorporated by reference in this order.

2.    The decision of the Commissioner, denying benefits, is AFFIRMED.  The Clerk is directed to close this file.

**DONE AND ORDERED** this   *30th* day of March, 2015

                              *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge